John A. Freyhan v. Ferdinand Westheimer and Others.— Motion granted, with ten dollars costs.

Elmer B. Dixon v. Elizabeth Dixon and Others.— Motion denied, with ten dollars costs, with leave to renew on proper papers.

Margaret J. Franklin v. Max Brettler and Another.— Motion granted, with ten dollars costs.

Philip Guterman v. Israel Schreiber.— Motion granted, with ten dollars costs.

In the Matter of Charles MacRae.— Motion denied, with ten dollars costs.

William Crompton v. Charles G. Dobbs and Another.—Motion denied, with ten dollars costs.

In the Matter of Matthew Byrnes.—Motion denied.

James D. Smith, Individually, etc., v. Louis Brenner and Others. James D. Smith, Individually, etc., v. George Evans and Another.— Motion granted; questions certified.

Winant W. Weir v. Union Railway Company.—Motion granted.

Mary A. Gleason v. Northwestern Mutual Life Insurance Company.— Motion granted; question certified.

Adolph Pavenstedt v. New York Life Insurance Company.— Motion granted; question certified.

In the Matter of Michael T. Donnelly. Mary E. Bogert.— Motion granted.

In the Matter of George Burnham, Jr.— Motion granted. Present order.

Annie Gallagher, as Administratrix, etc., of Cormack Gallagher, Deceased, Respondent, v. Edgar B. Newman, Appellant.— Judgment and order affirmed, with costs. No opinion.

Euphemia B. Koller, Respondent, v. John H. Woodbury Dermatological Institute and Fred S. Kolle, Appellants.— Judgment and order affirmed, with costs. No opinion.

William Travers Jerome, Respondent, v. New York Evening Journal Publishing Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

William Travers Jerome, Respondent, v. Star Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Joseph C. Young, Plaintiff, v. Mason Stable Company, Limited, Defendant.— Exceptions overruled and judgment ordered in favor of defendant, with costs, on the opinion on former appeal (96 App. Div. 305). (McLaughlin, J., dissenting.) Settle order on notice.

Louis H. Evans, Respondent, v. Frank Dana Hyde, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Theresa Nicholson, Respondent, v. New York City Railway Company, Appellant. (Actions Nos. 3 & 6.) — Determination and judgment reversed in each case by consent. New trial ordered, costs to appellant to abide event.